# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLCO RENEWABLE ENERGY LTD., *et al.* | |
| Plaintiffs, | |
| v. | Civil Action No. 1:22-cv-10921-IT |
| DEBRA HAALAND, in her official capacity as Secretary of the Interior, *et al.* | Hon. Indira Talwani |
| Defendants, | |
| and | |
| SOUTH FORK WIND, LLC, | |
| Intervenor-Defendant. | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, by and through their undersigned counsel, hereby stipulate to dismissal of this action with prejudice and with the parties to bear their own costs and attorney's fees.

Respectfully submitted,

        TODD KIM
        Assistant Attorney General
        U.S. Department of Justice
        Environment & Natural Resources Division

DATED: January 11, 2023    */s/ Mark Arthur Brown*
        MARK ARTHUR BROWN
        D.C. Bar No. 470050
        Senior Trial Attorney
        Wildlife and Marine Resources Section
        U.S. Department of Justice
        P.O. Box 7611
        Washington, D.C. 20044-7611
        Phone: 202-305-0204
        Fax: 202-305-0275
        E-mail: mark.brown@usdoj.gov

*Counsel for Federal Defendants*

DATED: January 11, 2023

*/s/ Thomas Melone*
Thomas Melone
BBO No. 569232
Allco Renewable Energy Limited
157 Church St., 19th Floor
New Haven, CT 06510
Telephone: (212) 681-1120
Facsimile: (801) 858-8818
Thomas.Melone@AllcoUS.com

*Counsel for Plaintiffs*

DATED: January 11, 2023

*/s/ U. Gwyn Williams*
U. Gwyn Williams (BBO# 565181)
Alexander P. Rothschild (BBO# 704521)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
gwyn.williams@lw.com
alex.rothschild@lw.com

Stacey L. VanBelleghem (pro hac vice)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
stacey.vanbelleghem@lw.com
Attorneys for Intervenor-Defendant
*South Fork Wind, LLC*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.2, I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by the CM/ECF electronic filing system on January 11, 2023.

*/s/ Mark Arthur Brown*
MARK ARTHUR BROWN